[No. 34499-1-III.   Division Three.   April 13, 2017.]

*In the Matter of the Marriage of* SAREENA MALHI, *Respondent*, and ANDY K.R. PRASAD, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 13-3-00134-7, Lesley A. Allan, J., entered May 12, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 73098-3-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE RUSSELL LIESCHNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01923-4, Bruce I. Weiss, J., entered December 24, 2013. *Denied* by unpublished opinion per Dwyer, J., concurred in by Cox and Spearman, JJ.

[No. 74026-1-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SOPHIA ALEEN DELAFUENTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09535-8, Timothy A. Bradshaw, J., entered September 18, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Leach, JJ.

[No. 74036-9-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LEWIS LOCKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 14-1-00254-9, Vickie I. Churchill, J., entered August 10, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Trickey, J.